No. 23-1134

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 7, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| OWEN W. BARNABY, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| STATE OF MICHIGAN, et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

The plaintiff, proceeding pro se on appeal, moves for electronic filing and signing privileges in this case.

Upon review, the motion is **DENIED**. The plaintiff may, however, submit permissible documents containing his written signature to the court's designated pro se email box for electronic filing by the court.  6 Cir. R. 25(b)(2)(A), (d)(3).  The designated email box address is "CA06_Pro_Se_Efiling@ca6.uscourts.gov."  The court's filing of an emailed pro se document will constitute entry in the docket.  6 Cir. R. 25(e)(1)(B)(ii).  The ECF system's Notice of Docket Activity (NDA) generated by the filing constitutes service on registered attorneys.  6 Cir. R. 25(f)(1)(A).  The plaintiff will need to serve any other parties not represented by counsel and attorneys not registered for electronic filing by other means under Federal Rule of Appellate Procedure 25(c).  6 Cir. R. 25(f)(1)(B).

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk