# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/07/2023.

**Case Name:** Owen Barnaby v. MI, et al
**Case Number:** 23-1134

**Docket Text:**
ORDER filed : Upon review, the motion [6953448-2] is DENIED. The plaintiff may, however, submit permissible documents containing his written signature to the court's designated pro se email box for electronic filing by the court.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

**A copy of this notice will be issued to:**

Ms. Emily Jenks
Mr. Theodore Seth Koches
Ms. Kimberly K. Pendrick
Mr. Thomas J. Rheaume Jr.