Case No. 23-1134

_____

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

_____

OWEN W. BARNABY,

Plaintiff - Appellant

v.

Michigan State Government et al,

Defendants - Appellees.

_____

On Appeal from the United States District Court for the

Western District of Michigan

Hon. Robert J. Jonker

No. 1:22-CV-1146

_____

Owen W. Barnaby
Plaintiff-Appellant *in pro per*
P.O. Box 1926
Kennesaw, GA 30156
(678) 382-4183
Bossproperties@gmail.com

T. Seth Koches (P71761)
Robert E. Thall (PXXXXX)
Bauckham, Thall, Seeber,
Kaufman & Koches, PC
Attorney for Appellees
470 W. Centre Ave
Portage, MI 49024
269-382-4500
koches@michigantownshiplaw.com

_____

## <u>APPELLEES' MOTION IN RESPONSE TO APPELLANT'S MOTION FOR OBJECTIONS TO LATE APPEARANCE OF COUNSEL</u>

NOW COMES Appellees Niles Charter Township and the Niles Charter Township Board of Trustees (together the "Appellees"), by and through their attorneys, T. Seth Koches, of BAUCKHAM, THALL, SEEBER, KAUFMAN & KOCHES, P.C., states the following in response to Appellant, Owen W. Barnaby's, Motion for Objections to Late Appearance of Counsel:

1.  This motion is based on the attached Brief in Support.

2.  Pursuant to 6 Cir. R. 46(a)(1)(A), an appearance was filed by counsel.

3.  Appellant is not prejudiced by the filing of a late appearance.

4.  Appellant failed to cite any binding case law or statute holding that barring a party from filing any brief in an appellate matter is the proper remedy for the filing of a late appearance by counsel.

WHEREFORE, Appellees respectfully ask this Honorable Court to deny Appellant's Motion for Objections to Late Appearance of Counsel.

Respectfully submitted,

DATED:    May 1, 2023

BAUCKHAM, THALL, SEEBER, KAUFMAN & KOCHES, P.C.

BY:    <u>*/s/ T. Seth Koches*</u>
T. Seth Koches (P71761)

1

Attorney for Appellees
470 W. Centre Ave., Suite A
Portage, Michigan 49024
269-382-4500
koches@michigantownshiplaw.com

Case No. 23-1134

_____

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

_____

OWEN W. BARNABY,

Plaintiff - Appellant

v.

Michigan State Government et al,

Defendants - Appellees.

_____

On Appeal from the United States District Court for the

Western District of Michigan

Hon. Robert J. Jonker

No. 1:22-CV-1146

_____

| | |
|---|---|
| Owen W. Barnaby | T. Seth Koches (P71761) |
| Plaintiff-Appellant *in pro per* | Robert E. Thall (PXXXXX) |
| P.O. Box 1926 | Bauckham, Thall, Seeber, |
| Kennesaw, GA 30156 | Kaufman & Koches, PC |
| (678) 382-4183 | Attorney for Appellees |
| Bossproperties@gmail.com | 470 W. Centre Ave |
| | Portage, MI 49024 |
| | 269-382-4500 |
| | koches@michigantownshiplaw.com |

## <u>BRIEF IN SUPPORT</u>

**1. Statement of Facts.**

Appellant appeals a decision of Western District Of Michigan's order dismissing his case. Thereafter, Appellees' counsel filed a late appearance and corporation disclosure on April 13, 2023, and served a copy of the Appellant a copy of the same. Appellant contends that Appellees should be barred from filing any brief in this appellate proceeding. Appellees disagree.

## <u>ARGUMENT</u>

**1. Appellant is not prejudiced by Appellees' counsel filing a late appearance.**

Appellee cites no binding precedent to support his claim that the proper remedy for filing a late appearance is to bar the offending party from filing any brief. Moreover, Appellant fails to establish how he is prejudiced by the late filing. Appellant timely filed his brief on appeal and Appellees are required to timely respond by May 16, 2023 pursuant to the briefing schedule. Thereafter, Appellant may file an option reply brief. As such, Appellant cannot demonstrate any prejudice by the late filing. If anything, Appellee would be prejudiced by being precluded from participating in this appeal.

Although late, an appearance was filed in proper format and in accordance with 6 Cir. R. 46(a)(1)(A), which states in part that, "...an attorney must be admitted to the bar of this court and must file appearance Form 6CA-68 to file documents or participate in oral argument."

## **CONCLUSION**

For the reasons stated herein, Appellees respectfully request that this Honorable Court deny Appellant's motion to bar Appellees from filing any briefs in the above-caption appeal.

Respectfully submitted,

DATED:     May 1, 2023

BAUCKHAM, THALL,
SEEBER, KAUFMAN & KOCHES,
P.C.

BY:   */s/ T. Seth Koches*
T. Seth Koches (P71761)
Attorney for Appellees
470 W. Centre Ave., Suite A
Portage, Michigan 49024
269-382-4500
koches@michigantownshiplaw.com